UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JAMES WALLACE, II,<br><br>Plaintiff,<br><br>v.<br><br>J. WHITE, et al.,<br><br>Defendants. | No. 1:20-cv-00844-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 16, 18) |

Plaintiff William James Wallace, II is a state prisoner appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 12, 2021, the assigned magistrate judge entered findings and recommendations recommending that this case be allowed to proceed on plaintiff's claims against defendants Lopez, Wade, White, and John Doe for deliberate indifference to the allegedly unconstitutional conditions of plaintiff's confinement in violation of his Eighth Amendment rights as alleged in the second amended complaint. (Doc. No. 18.) The findings and recommendations further recommended that all other defendants and claims be dismissed without prejudice. (*Id.*) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 10-11.) No objections have been filed, and the deadline to do so has expired.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.[1]

Accordingly,

1. The findings and recommendations entered on January 12, 2021 (Doc. No. 18) are adopted in full;

2. This case shall proceed on plaintiff's claims against defendants Lopez, Wade, White and John Doe for deliberate indifference to the allegedly unconstitutional conditions of plaintiff's confinement in violation of his Eighth Amendment rights as alleged in the second amended complaint (Doc. No. 16);

3. All other defendants and claims are dismissed without prejudice

/////
/////
/////
/////
/////
/////

---

[1] The magistrate judge recommended that plaintiff's claims concerning alleged unsanitary conditions, raw sewage, and mold in his place of confinement be allowed to proceed, but that plaintiff's claims that he did not receive reasonable accommodations under the Americans with Disabilities Act ("ADA") be dismissed without prejudice due to non-compliance with Federal Rules of Civil Procedure 18 and 20.  The undersigned interprets the findings and recommendations as recommending that plaintiff's claims regarding his shoes be included within the group of ADA claims that should be dismissed with prejudice.  Specifically, plaintiff alleges that he cannot wear regular shoes because of his disabilities and that has requested special orthopedic shoes to facilitate his transfer in and out of his wheelchair, but that CDCR has failed to provide him with appropriate footwear.  (Doc. No. 16 at 3.)  Although plaintiff asserts that it is unsanitary for him to have no shoes, his central complaint with regard to shoes appears to be that CDCR is not providing specific shoes to him as an accommodation for his disabilities.  Plaintiff is already proceeding on claims against CDCR and individual defendants in their official capacities for violating the ADA, in part due to their alleged failure to provide him with orthotics.  (*See Wallace v. CDCR*, 1:20-cv-905, Doc. Nos. 20, 22, 27.)

4. The Clerk of Court is directed to reflect the dismissal of defendants D. Fernandez, H. Shirley, and Bowlin on the Court's docket, and to add defendants Lopez, Wade, and John Doe; and

5. This action is referred back to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **March 8, 2021**                                  /s/ Dale A. Drozd
                                                            UNITED STATES DISTRICT JUDGE