UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JAMES WALLACE, II,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. WHITE, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00844-NONE-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 26) |

　　Before the Court is Defendants J. White, C. Wade, and A. Lopez's ("Defendants") request for an extension of time to file a responsive pleading. (ECF No. 26.) According to the declaration of counsel filed in support of the request, counsel has attempted to contact Defendants to discuss the facts of the case and prepare an appropriate responsive pleading but has been unable to speak with all of them or to review all of the case documents concerning this matter. (*Id.*) Defendants request an extension of time to June 23, 2021, to file their responsive pleading.

*///*

*///*

*///*

*///*

*///*

1

Having considered Defendants' request, and good cause appearing, IT IS HEREBY ORDERED that Defendants' request (ECF No. 26) for an extension of time to file a responsive pleading is GRANTED. Defendants shall file and serve their responsive pleading on or before June 23, 2021.

IT IS SO ORDERED.

Dated: **May 24, 2021**

/s/ Erici P. Groj
UNITED STATES MAGISTRATE JUDGE