IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| WILLIAM JAMES WALLACE, II,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>J. WHITE, et al.,<br><br>　　　　　　　　　　　　Defendants. | 1:20-cv-00844-NONE-EPG (PC)<br><br>ORDER GRANTING MOTION TO MODIFY THE SCHEDULING ORDER TO EXTEND THE DEADLINE TO FILE AN EXHAUSTION MOTION<br><br>(ECF No. 44) |

On October 13, 2021, Defendants moved the Court to modify the current discovery and scheduling order (ECF No. 36) in order to extend the deadline to file an exhaustion motion, only, by thirty days to November 15, 2021. Good cause having been shown, Defendants' motion (ECF No. 44) is granted. The deadline to file an exhaustion motion is extended to November 15, 2021, and all other deadlines remain in place.

IT IS SO ORDERED.

Dated: **October 14, 2021**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1